IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF BROWN
#80026                                                                              PLAINTIFF

v.                          Case No. 4:17-cv-00741-KGB

BRAXTON, *et al.*                                                              DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 7). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Plaintiff Jeff Brown's complaint is hereby dismissed without prejudice for failure to prosecute (Dkt. No. 2).

So ordered this 16th day of May, 2018.

                                                                  Kristine G. Baker
                                                                   United States District Judge